# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**883**

**KAH 11-00261**

PRESENT: SCUDDER, P.J., SMITH, CARNI, LINDLEY, AND MARTOCHE, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK EX REL.
JAMES LYNCH, PETITIONER-APPELLANT,

V                                                                          ORDER

MICHAEL P. CORCORAN, SUPERINTENDENT, CAYUGA
CORRECTIONAL FACILITY, RESPONDENT-RESPONDENT.

---

CHARLES A. MARANGOLA, MORAVIA, FOR PETITIONER-APPELLANT.

JAMES LYNCH, PETITIONER-APPELLANT PRO SE.

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (KATHLEEN M. TREASURE
OF COUNSEL), FOR RESPONDENT-RESPONDENT.

-------------------------------------------------------------------------------

Appeal from a judgment (denominated decision and order) of the
Supreme Court, Cayuga County (Thomas G. Leone, A.J.), entered July 8,
2009 in a habeas corpus proceeding.  The judgment denied the petition.

It is hereby ORDERED that the judgment so appealed from is
unanimously affirmed without costs.

Entered:  September 30, 2011                          Patricia L. Morgan
                                                      Clerk of the Court